**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donald WARDRICK, Defendant–Appellant.**

No. 02–7081.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Nov. 6, 2002.

Leonard L. Long, Jr., Washington, D.C., for Appellant. David Ira Salem, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Wardrick appeals the district court's order denying relief on his motion filed under Rule 33 of the Federal Rules of Criminal Procedure. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Wardrick,* Nos. CR–95–294; CA–99–3381–PJM (D. Md. June 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*